■ STANLEY SOKOLOFSKY, Appellant, v. "MARY" CLEMENTI et al., Respondents.— Amended judgment of the Supreme Court, Orange County, dated January 29, 1971, affirmed. No opinion. Appeal from an oral deci-

sion (erroneously referred to in the notice of appeal as an order) of the same court which denied plaintiff's motion to set aside the jury verdict dismissed. No appeal lies from a decision. Respondents are awarded a single bill of costs to cover the appeal from the judgment and from the decision. Latham, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.